IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NUMBER: 5:10mj131-LB

FONDA SIDNEY SYFRETT
_____

**ORDER**

Before me is the Application of the United States for an extension to the Temporary Restraining Order issued by this Court on August 17, 2010, pursuant to Title 18, United States Code, Section 982 as incorporated, by reference, Title 21, United States Code, Section 853(e), and it appearing to the satisfaction of this Court:

1. That on August 16, 2010, the United States filed a Criminal Complaint against the Defendant alleging that she has defrauded the Department of Veterans Affairs (hereinafter "VA") by accepting payments from the VA due to her mother, after her mother's death, in violation of Title 18, United States Code, Sections 1341 and 641. As part of the process of filing a criminal case, the United States submitted an affidavit establishing probable cause that the Defendant committed the crimes charged.

2. That the United States has moved, ex parte, for a Temporary Restraining Order pursuant to Title 21, United States Code, Section 853(e)(1)(B), as incorporated by reference in Title 18, United States Code, Section 982(b)(1), to preserve the status quo and prevent the Defendant, or her agents, servants, employees, attorneys, family members, and those persons in active concert or participation with her from withdrawing, assigning, pledging, distributing, giving away, encumbering or otherwise participating in the disposal of, or removal from the jurisdiction of this Court, with the intent to conceal and hide, funds presently in a bank account

at Tyndall Federal Credit Union, or attempting or completing any action that would affect or diminish the value of these assets.

      3.      That based upon the Criminal Complaint, the supporting affidavit, and the Application submitted by the United States, reasonable cause has been shown for the entry of a restraining order to preserve the property.

      4.      That on August 17, 2010, this Court issued a Temporary Restraining Order upon funds currently in a bank account in the Defendant's name at Tyndall Federal Credit Union. The Temporary Restraining Order was to remain in effect for not more than fourteen (14) days, unless extended by order of this Court or upon agreement by the Defendant as required by Title 18, United States Code, § 853(e)(2).

      5.      That on August 25, 2010, a Joint Stipulation was executed between the United States and the Defendant, whereas both parties agreed to the entry of an order continuing to enjoin the Defendant or anyone acting on her behalf from taking any action with $93,648.00 currently on deposit with the Tyndall Federal Credit Union account maintained by the Defendant until such time as the Court resolves the pending criminal charges. Both parties have agreed to take no action with respect to $93,648.00 on deposit with Tyndall Federal Credit Union without prior permission of this Court, during the pendency of this action. Both parties further agree that the Defendant is permitted to access any funds which the Defendant has on deposit with Tyndall Federal Credit Union so long as the funds are separate and apart and/or in excess of the $93,648.00. Both parties have also agreed that the execution of the stipulation by the Defendant in no way admits, stipulates to, agrees with, or otherwise makes any representation whatsoever regarding the allegations contained within the complaint or any subsequent information or indictment.

**IT IS ORDERED** that the Temporary Restraining Order previously issued as to $93,648.00 currently in a bank account in the Defendant's name at Tyndall Federal Credit Union is extended and shall remain in effect until such time as this Court resolves the pending criminal charges pursuant to Title 18, United States Code, § 853(e)(1).

ORDERED on August 31, 2010.

/s/Richard Smoak
RICHARD SMOAK
UNITED STATES DISTRICT JUDGE